FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
AUG 07 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x   17-cv-00234 (KAM)(RLM)

LEA EIDLISZ, on behalf of herself and all other similarly situated consumers,

                Plaintiff

-against-

MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP,

                Defendant

----------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, LEA EIDLISZ, with prejudice as to said Plaintiff, without prejudice as to the alleged putative class, and without costs or attorneys fees as to any party named herein.

DATED: August 3, 2017
         New York, New York

                                                  ROBERT L. ARLEO, ESQ. P.C.

                                      By: /s/ Robert L. Arleo
                                      ROBERT L. ARLEO
                                      380 Lexington Avenue
                                      17th Floor
                                      New York, New York 10168
                                      PHONE: (212) 551-1115
                                      FAX: (518) 751-1801
                                      Email: robertarleo@gmail.com
                                      Attorney for the Defendant

/s/ USDJ KIYO A. MATSUMOTO
So Ordered: _____
**Kiyo A. Matsumoto**
**U.S. District Judge**

August 3, 2017

MAXIM MAXIMOV, LLP

By: /s/ *Maxim Maximov*
MAXIM MAXIMOV
1701 Avenue P
Brooklyn, New York   11229
PHONE: (718) 395-3459
FAX: (718) 408-9570
Email: m@maximovlaw.com

DATED:

SO ORDERED:

_____